UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Marina Iskhakova, on behalf of herself and
all others similarly situated

                      Plaintiff,

-v.-
ECONOMY CANDY CORP.

                      Defendants.

------------------------------------------------------------x

Civil Action No:
1:23-cv-3045

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** December 13, 2023

| **For Plaintiff Marina Iskhakova** | **For Defendant Economy Candy Corp.** |
|---|---|
| /s/ Mark Rozenberg | /s/ Robert Joshua Ontell |
| Mark Rozenberg | Robert Joshua Ontell |
| Stein Saks, PLLC | Ontell & Associates, PLLC |
| One University Plaza | 444 Madison Ave Floor 4 |
| Hackensack, NJ 07601 | New York, NY 10022 |
| Ph: (201) 282-6500 | Ph: (201) 803-3100 |
| mrozenberg@steinsakslegal.com | Rob@ontellandassociates.com |

|  |  |
|--|--|

## CERTIFICATE OF SERVICE

      I certify that on December 13, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            */s/ Mark Rozenberg*
                                            Mark Rozenberg
                                            **Stein Saks, PLLC**
                                            One University Plaza
                                            Hackensack, NJ 07601
                                            *Attorneys for Plaintiff*